## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANGIE HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:17-CV-00940 |
| | ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC,** | ) |
| **ET AL** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

COMES NOW, Plaintiff and respectfully notifies this Court that the parties have reached a settlement on all of Plaintiff's claims.  The parties respectfully request thirty days to complete the attendant paperwork before Plaintiff dismisses her claims.

        **THE EASON LAW FIRM, LLC**

        /s/ James W. Eason
        _____
        **JAMES W. EASON, #6281329**
        **124 Gay Avenue, Suite 200**
        **St. Louis, Missouri 63105**
        **Phone: (314) 932-1066**
        **Fax:    (314) 667-3161**
        **Email: james.w.eason@gmail.com**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing was served via the Courts CM/ECF filing system on May 21, 2018 to all counsel of record.

/s/ James W. Eason
_____