IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGIE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CV-940-NJR-DGW |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and ALLY FINANICAL INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated May 22, 2018 (reflecting the settlement between Plaintiff and Defendants), this action is **DISMISSED with prejudice**.

DATED: June 28, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/Deana Brinkley
   Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge